# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER AMENDING CONDITIONS OF** |
| | ) | **RELEASE** |
| vs. | ) | |
| | ) | |
| Katherine Rose Laib, | ) | Case No. 1:23-cr-213 |
| | ) | |
| Defendant. | ) | |

On November 20, 2023, the court issued an order releasing Defendant Katherine Rose Laib ("Laib") subject to an number of conditions. (Doc. No. 64). One of these conditions prohibits Defendant from having any direct or indirect contact with any co-defendants or witnesses. (Id.).

On June 3, 2025, the Defendant Jason Daniel Conn ("Conn") and United States filed a Stipulation to Amend Pretrial Release Conditions. Therein they agreed to amend Conn's release conditions to allow him to have contact with Laib.

On June 4, 2025, the court adopted the stipulation and amended Conn's release conditions. The court, on its own motion, now amends Laib's release conditions as follows. Laib shall not knowingly or intentionally have any direct or indirect contact with any co-defendants other than Conn or witnesses, except that her counsel, or counsel's agent or authorized representative, may have such contact with such persons as is necessary in the furtherance of her legal defense. Laib may have contact with Conn with the understanding that the two are not to talk about this case.

**IT IS SO ORDERED.**

Dated this 4th day of June, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court